AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

In the Matter of the Search of )
409 South Maple Street, Unit B, )
Sapulpa, Oklahoma 74066 and ) Case No. 25-mj-693-MTS
a gray Ford F150 bearing Oklahoma plate JSS-055, ) **FILED UNDER SEAL**
in Sapulpa, Oklahoma )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __Oklahoma__
*(identify the person or describe the property to be searched and give its location)*:
See Attachments "A" and "B"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment "C"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   8-27-2025
                                                                *(not to exceed 14 days)*

☒ in the daytime, 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Mark T. Steele.
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
   ☐ for ____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8-13-2025 11:02am
                                               *Judge's signature*

City and state:   Tulsa, Oklahoma            Mark T. Steele, U.S. Magistrate Judge
                                               *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

### Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-MJ-693-MTS | August 15, 2025 at approximately 6:04 a.m. | Christien Lafrance |

Inventory made in the presence of : Christien Lafrance

Inventory of the property taken and name of any person(s) seized:

See attached DEA-12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/19/2025

*Executing officer's signature*

SA Wyatt Huffman
*Printed name and title*

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
CHRISTIEN LAFRANCE
409 S. MAPLE ST UNIT B

CASE NO.

G-DEP

FILE TITLE

FROM CLAIMANT (IMPREST ONLY):
NAME

LAST FOUR DIGITS OF SSN

GROUP

DATE: 08/15/25

DIVISION/DISTRICT OFFICE
DEA TFO

CS NUMBER

CALENDAR YEAR CAP

LIFETIME CAP

EXTENSION APPROVAL
DATE EXTENDED THROUGH:

APPROVER

Title (and printed name/date if not signed digitally)

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | SUSPECTED METHAMPHETAMINE  S001903157 | EVIDENCE |
| 1 | UNDETERMINED AMOUNT OF US CURRENCY | EVIDENCE |
| 1 | UNDETERMINED AMOUNT OF US CURRENCY  S001903156 | EVIDENCE |
| 1 | FORD F150 OK TAG JSS055 | " |
| 1 | CELL PHONE | " |
| 1 | UNDETERMINED AMOUNT OF US CURRENCY  S001709195 | " |

NOTHING FURTHER

First Level Approver

Title (and printed name/date if not signed digitally)

Second Level Approver, if any

Title (and printed name/date if not signed digitally)

Third Level Approver, if any

Title (and printed name/date if not signed digitally)

Additional Approver, if any

Title (and printed name/date if not signed digitally)

RECEIVED BY (Signature)

NAME, TITLE and DATE
TFO P. PERCE

WITNESSED BY (Signature)

NAME, TITLE and DATE
TFO E. FOSTER

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)